UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LORETTA DISANTO,

           Plaintiff,      ECF CASE

    -vs-            NOTICE OF
                APPEARANCE

CHUN LIN,            07 CIV 8576 (KMK)

        Defendant.
-------------------------------------------------------------------X

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff LORETTA DISANTO.

I certify that I am admitted to practice in this court.

Dated: October 9, 2007

              _____
              ELEANOR L. POLIMENI, ESQ. (EP-8687)
              of FINKELSTEIN & PARTNERS, LLP
              Of Counsel to Jacoby & Meyers, LLP
              436 Robinson Avenue
              Newburgh, N.Y. 12550
              Phone: (800) 634-1212
              Fax: 845-562-3492
              E-mail: epolimeni@lawampm.com