File # 90411-02/spa

STATE OF NEW YORK
SUPREME COURT : COUNTY OF PUTNAM
------------------------------------x
LORETTA DISANTO,

                    Plaintiff,

    -against-                            NOTICE

CHUN LIN,

                    Defendant.
------------------------------------x

SIR:

    PLEASE TAKE NOTICE that pursuant to the provisions of Sections 253 and 254 of the Vehicle and Traffic Law of the State of New York, a copy of the Summons and Verified Complaint in the above-entitled action was served upon the above-named defendant, CHUN LIN, by mailing on August 20, 2007, one copy of such Summons and Verified Complaint to said Secretary of State of New York, addressed to his office in the City of Albany, State of New York, with a fee of TEN ($10.00) DOLLARS.

    **AND TAKE FURTHER NOTICE** that we are sending you herewith by Certified Mail, Return Receipt Requested, copy of the Summons and Verified Complaint in this Action.

DATED August 20, 2007

                                      JACOBY & MEYERS, LLP
                                      c/o Processing Center
                                      Attorneys for Plaintiffs
                                      Office & P.O. Address
                                      436 Robinson Avenue
                                      Newburgh, New York 12550
                              BY: _____
                                  ANDREW G. FINKELSTEIN, ESQ.

TO:  CHUN LIN
     Defendant
     4 Teaberry Lane
     Andover, MA 01810
     Cert. #7001 0320 0002 1557 6566

File #90411-02/spa

STATE OF NEW YORK
SUPREME COURT : COUNTY OF PUTNAM
------------------------------------------x
LORETTA DISANTO,

                           Plaintiff,     AFFIRMATION OF COMPLIANCE
                                       PURSUANT TO SECTIONS 253
                                       AND 254 OF THE VEHICLE
   -against-                           AND TRAFFIC LAW OF THE
                                       STATE OF NEW YORK

CHUN LIN,

                           Defendants.
------------------------------------------x

      DAVID D. AKERIB, ESQ., being duly sworn, deposes and says:

      That he is an attorney at law, duly admitted to practice in the State of New York, and is an associate with the law firm of JACOBY & MEYERS, LLP, attorneys for plaintiff in the above-entitled matter. That as such, he is familiar with the facts and circumstances in the above matter.

      That he gives this Affirmation in Compliance with Sections 253 and 254 of the Vehicle and Traffic Law of the State of New York.

      That the defendant, CHUN LIN, was a non-resident of the State of New York at the time of this accident and was involved in an accident which occurred on the highways in the State of New York.

That on the 30TH day of September, 2007, the deponent caused to be served upon the defendant, CHUN LIN, in the above-entitled matter, by filing with the Secretary of State, pursuant to Sections 253 and 254 of the Vehicle and Traffic Law, a Notice pursuant to that Section, copy of the Summons and Complaint and fee required by the Secretary of State in the sum of $10.00. Copy of the receipt (NO.200708310254) for defendant, CHUN LIN, received from the said Secretary of State is attached hereto and made a part of this Affirmation.

That on the 4th day of September, 2007, the deponent caused to be served by Certified Mail, Return Receipt Requested, on the defendant, CHUN LIN, a copy of said Notice to the Secretary of State, and copy of the Summons and Complaint in this action. That attached hereto and made part this Affirmation is the Return Receipt received for the defendant, CHUN LIN.

_____
DAVID D. AKERIB, ESQ.

State of New York - Department of State
Receipt for Service

Receipt #: 200708310254
Date of Service: 08/30/2007

Cash #: 200708310246
Fee Paid: $10 - CHECK

Service was directed to be made pursuant to: SECTION 253 OF THE VEHICLE & TRAFFIC LAW

Party Served: LIN, CHUN

Plaintiff/Petitioner:
           DISANTO, LORETTA

Service of Process Address:

Secretary of State
By   NONE

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Fen L. Lin    B. Date of Delivery: 9/4/07<br>C. Signature: X Fen L. L.    ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Chun Lin<br>4 Teaberry Lane<br>Andover, MA 01810<br><br>File # 90411-02/SRH | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7001 0320 0002 1557 6566 | |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424