```
                                                    USDS SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
UNITED STATES DISTRICT COURT                        DATE FILED: _____
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
```

Loretta DiSanto,

                 Plaintiff(s),                       07 Civ. 8576 (KMK)(MDF)

      -against-

Chun Lin,                                 CALENDAR NOTICE

                 Defendant(s).

--------------------------------------------------X

        Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, March 4, 2008 at 12:00 p.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

        Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: February 19, 2008
       White Plains, New York

                                 So Ordered

                                 Kenneth M. Karas, U.S.D.J.